**U.S. Department of Justice**

*United States Attorney
Southern District of New York*

*The Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278*

October 2, 2024

**BY ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

*So Ordered.*
*Alvin K. Hellerstein*
*10/7/2024*

Re:   *United States v. Steven Neil*, 24 Cr. 565 (AKH)

Dear Judge Caproni:

The Government respectfully requests that the time between today and the initial conference scheduled for October 15, 2024, be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The defendant was indicted on September 30, 2024 (ECF 8), and the Court has scheduled the initial conference for October 15, 2024. The Court also indicated that the defendant should be arraigned in Magistrate's Court before the initial conference. The parties are in the process of scheduling that arraignment. While it is the Government's position that the Speedy Trial clock does not begin to run until the date the defendant is arraigned, out of an abundance of caution, the Government seeks the proposed exclusion between today and the date of the initial conference. The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the Government time to assemble and produce discovery, the defendant time to review discovery, and the parties an opportunity to discuss the possibility of a pretrial resolution of this case. Defense counsel has informed the Government that she consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:  _____
Joseph H. Rosenberg
Assistant United States Attorney
Southern District of New York
(212) 637-2326
joseph.rosenberg@usdoj.gov

cc (by ECF):  Hannah McCrea, Esq.