# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

April 6, 2025

*So ordered*
*4-7-25*

BY ECF
Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   United States v. Steven Neil
      24 Cr. 565 (AKH)

Dear Judge Hellerstein:

I write to respectfully request a two-week adjournment of the deadline for the defense's reply brief in the above-captioned case, from April 11, 2025 to April 21, 2025. I am currently on trial before the Honorable Judge Margaret Garnett, and I anticipate remaining on trial until approximately April 15, 2025. In light of this schedule, I am unable to complete the defense's reply brief before this upcoming Friday, April 11. I therefore request a two-week extension of the deadline to provide sufficient time to review the government's opposition brief and prepare a reply brief. This is the first request for an extension of any deadline associated with this matter. In addition, I have conferred with the government, which has no objection to this request.

Respectfully submitted,

/s/
Hannah McCrea
Assistant Federal Defender
Hannah_McCrea@fd.org

CC:   AUSA Joseph Rosenberg