UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
:
UNITED STATES OF AMERICA,                     :
:                **SCHEDULING ORDER**
    -against-                                           :
:                24 Cr. 565 (AKH)
STEVEN NEIL,                                             :
:
                               Defendant.           :
:
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The conference scheduled for April 23, 2025 at 10:30 a.m. is advanced by thirty minutes to 10:00 a.m. on that date.

    SO ORDERED.

Dated:    April 22, 2025                                /s/ Alvin K. Hellerstein
           New York, New York                   ALVIN K. HELLERSTEIN
                                                          United States District Judge