UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
:
UNITED STATES OF AMERICA,                           :
:                    **SCHEDULING ORDER**
-against-                                           :
:                    24 Cr. 565 (AKH)
STEVEN NEIL,                                        :
:
Defendant.                    :
:
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

Due to the Court's calendar, the trial scheduled to begin on August 4, 2025 is hereby advanced to July 30, 2025. The final pre-trial conference is advanced from July 30, 2025 to July 23, 2025 at 10:00 a.m.

No later than July 21, 2025, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

SO ORDERED.

Dated:   June 16, 2025
         New York, New York

/s/ Alvin K. Hellerstein
_____
ALVIN K. HELLERSTEIN
United States District Judge

1