# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

January 14, 2026

**BY ECF**
Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Sentencing is adjourned to April 15, 2026 at 11:30am.
SO ORDERED.
/s/ Alvin K. Hellerstein, U.S.D.J.
1/15/26

Re:    **United States v. Steven Neil**
       **24 Cr. 565 (AKH)**

Dear Judge Hellerstein:

I write to respectfully request that the Court adjourn sentencing to April 15, 2026 at 11:30am, when I understand the Court and the government are available. In light Mr. Neil's recent arrest, the defense requires additional time to prepare for sentencing. The government has no objection to this request.

Respectfully submitted,

 /s/
Hannah McCrea
Assistant Federal Defender
Hannah_McCrea@fd.org

CC:    AUSA Joseph Rosenberg
       AUSA Remy Grosbard