UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                              :

UNITED STATES OF AMERICA,           :

                              :      **SCHEDULING ORDER**

     -against-                    :

                              :      24 Cr. 565 (AKH)

STEVEN NEIL,                      :

                              :

               Defendant.     :

                              :

------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The sentencing in this matter, previously scheduled for April 15, 2026, is

adjourned to May 20, 2026, at 11:30 a.m.

       SO ORDERED.

Dated:      April 9, 2026                 /s/ Alvin K. Hellerstein
            New York, New York         ALVIN K. HELLERSTEIN
                                     United States District Judge

1