UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                               :
UNITED STATES OF AMERICA,                                      :
                                                               :    **SCHEDULING ORDER**
          -against-                                            :
                                                               :    24 Cr. 565 (AKH)
STEVEN NEIL,                                                   :
                                                               :
                                Defendant.                     :
                                                               :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

          The sentencing in this matter, previously scheduled for May 20, 2026, will

instead be held on May 19, 2026, at 12:00 p.m.

          SO ORDERED.

Dated:      April 10, 2026                    /s/ Alvin K. Hellerstein
            New York, New York                ALVIN K. HELLERSTEIN
                                              United States District Judge

1