UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                         :

UNITED STATES OF AMERICA,        :

                         :    **SCHEDULING ORDER**

    -against-               :

                         :    24 Cr. 565 (AKH)

STEVEN NEIL,                :

                         :

            Defendant.    :

                         :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The sentencing in this matter, previously scheduled for May 19, 2026, is

adjourned to June 23, 2026, at 12:00 pm.

      SO ORDERED.

Dated:     May 14, 2026              /s/ Alvin K. Hellerstein
          New York, New York      ALVIN K. HELLERSTEIN
                               United States District Judge

1